**2013–1428. Federman v. Christ Hosp.**
Hamilton App. No. C-120484. Reported at 137 Ohio St.3d 1441, 2013-Ohio-5678, 999 N.E.2d 696. On motion for reconsideration. Motion denied.

PFEIFER and O'NEILL, JJ., dissent.

**2013–1443. Saxon Mtge. Servs., Inc. v. Whitely.**
Summit App. No. 26739, 2013-Ohio-3221. Reported at 137 Ohio St.3d 1424, 2013-Ohio-5285, 998 N.E.2d 1179. On motion for reconsideration. Motion denied.

FRENCH, J., dissents.

**2013–1471. In re Appeal of Adm. Appeal Decision Issued by Ohio Dept. of Job & Family Servs. Bur. of State Hearings.**
Ashtabula App. No. 2012–A–0058, 2013-Ohio-2817. Reported at 137 Ohio St.3d 1441, 2013-Ohio-5678, 999 N.E.2d 696. On motion for reconsideration. Motion denied.

**2013–1510. State v. Bunch.**
Mahoning App. No. 06 MA 106. Reported at 137 Ohio St.3d 1425, 2013-Ohio-5285, 998 N.E.2d 1179. On motion for reconsideration. Motion denied. Upon appellant's motion to consider holding this case for the decision in 2013–1591, *State v. Quarterman*, 9th Dist. Summit No. 26400, 2013-Ohio-3606; 2013–1281 and 2013–1703, *State v. Barnette*, 7th Dist. Mahoning No. 02 CA 065; and 2013–1550, *State v. Evans*, 9th Dist. Lorain No. 07CA009274. Motion denied.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent and would grant the motion for reconsideration.

**2013–1553. State v. Melhado.**
Franklin App. No. 13AP–114, 2013-Ohio-3547. Reported at 137 Ohio St.3d 1443, 2013-Ohio-5678, 999 N.E.2d 697. On motion for reconsideration. Motion denied.

**2013–1559. Smith v. Williams.**
Stark App. No. 2013CA00138. Reported at 137 Ohio St.3d 1443, 2013-Ohio-5678, 999 N.E.2d 697. On motion for reconsideration. Motion denied.

KENNEDY, J., dissents and would grant the motion for reconsideration as to Proposition of Law No. III.

**2013–1611. State v. Jones.**
Butler App. No. CA2012–04–077. Reported at 137 Ohio St.3d 1444, 2013-Ohio-5678, 999 N.E.2d 697. On amended motion for reconsideration. Motion denied.